(February 7, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED HARVEY, Petitioner, v WALTER JACKSON, as Superintendent of Camp Summit Correctional Facility,

Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied, upon the ground that there is no basis to depart from traditional orderly procedure by resort to habeas corpus during the pendency of a direct appeal from the judgment of conviction (*People ex rel. Keitt v McMann,* 18 NY2d 257). Kane, J. P., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.